Watson, Jason                                                    Docket No.: 10-CR-360-01
Report on Offender Under Supervision

## JUDICIAL RESPONSE

THE COURT ORDERS:

[X]   The Issuance of a Summons

      The releasee is directed to appear as follows:
              Date: _____
              Time: _____
              Place: _____

[ ]   The Issuance of a Warrant
[ ]   Other _____
      _____

_____
Honorable Thomas P. Griesa
Senior U.S. District Judge

2/3/11
_____
Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/11
```

-5-