UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
UNITED STATES OF AMERICA        :
:    10 Crim. 360
v.                          :
:    **ORDER**
JASON WATSON                    :
:
:
------------------------------------x

This court, in a hearing held October 4, 2012, directed that the term of supervised release currently being served by Jason Watson in connection with this case should be terminated.

The court now orders the same: the term of supervised release currently being served by Jason Watson in connection with this case is terminated.

Dated:  New York, New York
        October 10, 2012

                                    _____
                                    Thomas P. Griesa
                                    U.S. District Judge